

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-20-00553-CV

Trial Court Cause
Number:            2014-71749

Style:             *Rescue Concepts Inc. v. HouReal Corporation*


Date motion filed:    September 28, 2021

Type of motion:       Motion for Extension of Time

Party filing motion:  Appellee/Cross-Appellant

Document to be filed: Cross-Appellant's Reply Brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:                          July 20, 2021

    Number of previous extensions granted:      2

    Date Requested:                             September 28, 2021

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due:  December 10, 2021

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____


    Cross-Appellant filed its reply brief simultaneously with its motion to extend time. However, because the reply brief and the appendices were contained in the same document, the file size was too large to process and the filing was rejected. Cross-Appellant should file the reply brief as one document and the combined appendices as a separate document.

Judge's signature: /s/ April L. Farris
        ☒ Acting individually    ☐ Acting for the Court

Date: December 2, 2021